## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.                      : **CIVIL NO: C-1-02-377**
                            : **JUDGE BECKWITH**
                            : **MAGISTRATE JUDGE HOGAN**

**WANDA WALLACE,**

      **Defendant.**

## PLAINTIFF'S REQUEST TO QUASH
## ORDER FOR JUDGMENT DEBTOR EXAMINATION

Plaintiff, United States of America, respectfully moves this Honorable Court to quash the Order for Judgment Debtor Examination (Doc.# 6) filed on August 7, 2007 in the above captioned case. Plaintiff has obtained the financial information requested. Therefore, it is respectfully requested that the August 7, 2007 Order for Judgment Debtor Examination against Wanda Wallace be quashed.

                                              Respectfully submitted,

                                              GREGORY G. LOCKHART
                                              United States Attorney

                                              s/Deborah F. Sanders
                                              DEBORAH F. SANDERS (0043575)
                                              Assistant United States Attorney
                                              Southern District of Ohio
                                              303 Marconi Boulevard, Suite 200
                                              Columbus, Ohio  43215-2401
                                              (614) 469-5715

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Quash the Order for Judgment Debtor Examination was mailed to Wanda Wallace, Defendant, 1080 Parkridge Ct. #4, Cincinnati, Ohio 45240, by first class mail, postage prepaid, this 6th day of September, 2007.

    s/Deborah F. Sanders_____
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney