IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

: CIVIL NO: C-1-02-377
: JUDGE BECKWITH
: MAGISTRATE JUDGE HOGAN

WANDA WALLACE,

Defendant.

## ORDER TO QUASH THE
## ORDER FOR JUDGMENT DEBTOR EXAMINATION

Upon Plaintiff's Motion to Quash Order for Judgment Debtor Examination, and for good cause showing that the Plaintiff has obtained the financial information requested.

**IT IS HEREBY ORDERED** that the August 7, 2007 Order for Judgement Debtor Examination be quashed.

Date: 9/7/07

_____
UNITED STATES MAGISTRATE JUDGE